UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| Teneisha Gibson,<br><br>                Plaintiff,<br><br>vs.<br><br>Jefferson Southern Corporation,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO. 4:18-cv-140-HLM |

## J U D G M E N T

This action having come before the court, Honorable Harold L. Murphy, United States District Judge, for consideration of the Magistrate Judge's final report and recommendation, and said report having been adopted, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** based on Plaintiff's failure to obey a lawful Court Order.

Dated at Rome, Georgia, this 20th day of February, 2019.

                                                    JAMES N. HATTEN
                                                    CLERK OF COURT


                                       By:    s/Brenda Hambert
                                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 20, 2019
James N. Hatten
Clerk of Court

By:    s/Brenda Hambert
         Deputy Clerk